IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO NORIEGA, | ) | 1:05-CV-00543-AWI-WMW-HC |
| | ) | |
| Petitioner, | ) | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| U. S. BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On April 28, 2005, the court ordered petitioner to submit an application to proceed in forma pauperis, or in the alternative, to pay the $5.00 filing fee for this action.  On May 13, 2005, petitioner submitted an application to proceed in forma pauperis.  However, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit a certified copy of his trust

1

account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   June 6, 2005**            /s/  **William M. Wunderlich**
bl0dc4                                  UNITED STATES MAGISTRATE JUDGE