UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO NORIEGA, | ) | 1:05-CV-00543-AWI-WMW-HC |
| Petitioner, | ) | |
| v. | ) | ORDER RE MOTION TO CORRECT ERRORS |
| U. S. BUREAU OF PRISONS, | ) | (DOCUMENT #16) |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On September 28, 2005, petitioner filed a motion for the court to correct errors regarding payment of the filing fee by petitioner in this action. The court acknowledges receipt of the $5.00 filing fee on September 28, 2005, thus resolving petitioner's motion.

IT IS SO ORDERED.

**Dated:   October 25, 2005**             /s/  **William M. Wunderlich**
bl0dc4                                   UNITED STATES MAGISTRATE JUDGE