IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO NORIEGA,<br><br>              Petitioner,<br><br>    v.<br><br>U. S. BUREAU OF PRISONS,<br><br>             Respondent. | ) CV F 05-0543 AWI WMW HC<br>)<br>) ORDER VACATING<br>) FINDINGS AND<br>) RECOMMENDATIONS AND<br>) DIRECTING CLERK TO<br>) PROVIDE PETITIONER WITH<br>) FORM<br>)<br>) (Doc. 11)<br>)<br>) |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On August 4, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be dismissed .  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty days of the date of service of the order.  Petitioner filed objections on September 12, 2005.

      The findings and recommendations entered August 4, 2005, are HEREBY

1  VACATED.  The Clerk of the Court is directed to send Petitioner a copy of the form for
2  filing a habeas corpus petition in this court pursuant to 28 U.S.C. Section 2241.  Petitioner
3  SHALL complete that form and file it with this court within thirty (30) days of the date of
4  service of this order.
5  IT IS SO ORDERED.

6  **Dated:**   **March 24, 2006**              **/s/  William M. Wunderlich**
   bl0dc4                                        UNITED STATES MAGISTRATE JUDGE