1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RAMIRO NORIEGA,** | ) | **CV F 05-0543 AWI WMW HC** |
| | ) | |
| **Petitioner,** | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| **v.** | ) | **RECOMMENDATIONS RE** |
| | ) | **PETITION FOR WRIT OF** |
| | ) | **HABEAS CORPUS** |
| **U. S. BUREAU OF PRISONS,** | ) | |
| | ) | **[Doc. 32]** |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 31, 2008 the Magistrate Judge issued Findings and Recommendation that Respondent's motion to dismiss be GRANTED and that the petition for writ of habeas corpus be DISMISSED .  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty days of the date of service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has

conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued March 31, 2008, are ADOPTED IN FULL;

2.      Respondent's motion to dismiss is GRANTED;

3.      The petition for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust administrative remedies;

4.      The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:    June 16, 2008**              _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE